UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>03-20685-CR-SEITZ(s)</u>

UNITED STATES OF AMERICA

vs.

RUBEN MARTINEZ PUENTE,
LORENZO ALBERTO PEREZ-PEREZ,
and
FRANCISCO PEREZ-PEREZ,

        **Defendants.**

_____/

FILED BY_____KAN_____D.C.

**May 20, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## <u>UNITED STATES' MOTION TO UNSEAL INDICTMENT</u>

The United States, by and through the undersigned Assistant United States Attorney, files this Motion to Unseal the Indictment against all defendants in this matter.

WHEREFORE, the United States respectfully requests that the Indictment in this matter be unsealed by the Court.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:      /s/ Abbie D. Waxman
         _____
         ABBIE D. WAXMAN
         Assistant United States Attorney
         Florida Bar No. 109315
         99 N.E. 4th Street
         Miami, FL 33132
         Tel: (786) 761-3133
         Email Abbie.Waxman@usdoj.gov